IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Woods, Coriene M

Printed: 01/22/09

Case Number: 07 B 11787
Judge: Hollis, Pamela S
Filed: 7/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 3, 2008
Confirmed: August 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,539.51 |  |
| Secured: |  | 3,104.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,334.00 |
| Trustee Fee: |  | 405.01 |
| Other Funds: |  | 695.51 |
| Totals: | 7,539.51 | 7,539.51 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,334.00 | 3,334.00 |
| 2. | Business & Professional Services | Secured | 4,958.90 | 974.99 |
| 3. | TFT Credit Corp | Secured | 10,260.02 | 2,130.00 |
| 4. | Illinois Dept Of Employment Sec | Unsecured | 2,461.13 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 435.50 | 0.00 |
| 6. | Sundar, Kanan MD SC | Unsecured | 26.25 | 0.00 |
| 7. | Fingerhut | Unsecured | 42.24 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 14,307.92 | 0.00 |
| 9. | National Louis University | Unsecured | 667.75 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 14,410.67 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 92.40 | 0.00 |
| 12. | National Louis University | Unsecured | 667.75 | 0.00 |
| 13. | Verizon North | Unsecured | 74.23 | 0.00 |
| 14. | Freedom Card | Unsecured | 118.96 | 0.00 |
| 15. | Wachovia Education Fin | Priority | | No Claim Filed |
| 16. | Wachovia Education Fin | Priority | | No Claim Filed |
| 17. | Wachovia Education Fin | Priority | | No Claim Filed |
| 18. | Wachovia Education Fin | Priority | | No Claim Filed |
| 19. | Wachovia Education Fin | Priority | | No Claim Filed |
| 20. | Wachovia Education Fin | Priority | | No Claim Filed |
| 21. | Wachovia Education Fin | Priority | | No Claim Filed |
| 22. | Wachovia Education Fin | Priority | | No Claim Filed |
| 23. | Wachovia Education Fin | Priority | | No Claim Filed |
| 24. | Wachovia Education Fin | Priority | | No Claim Filed |
| 25. | Wachovia Education Fin | Priority | | No Claim Filed |
| 26. | Argent Healthcare Fin | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Woods, Coriene M

Printed: 01/22/09

Case Number: 07 B 11787
Judge: Hollis, Pamela S
Filed: 7/2/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | AFNI | Unsecured | | No Claim Filed |
| 28. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 29. | Credit Bureau Accts Collections & Servs | Unsecured | | No Claim Filed |
| 30. | Carpet Corner | Unsecured | | No Claim Filed |
| 31. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 32. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 33. | Friedman | Unsecured | | No Claim Filed |
| 34. | Senex Services Corp | Unsecured | | No Claim Filed |
| 35. | Receivables Performance | Unsecured | | No Claim Filed |
| 36. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 37. | Ricken Backer Collectors | Unsecured | | No Claim Filed |
| 38. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 39. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 40. | Target | Unsecured | | No Claim Filed |
| 41. | Senex Services Corp | Unsecured | | No Claim Filed |
| 42. | USA Payday Loans | Unsecured | | No Claim Filed |
| | | | $ 51,857.72 | $ 6,438.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 197.39 |
| 6.5% | 182.82 |
| 6.6% | 24.80 |
| | $ 405.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

